We'll start by quoting the petitioner, who is a social activist. The petitioner, George Kyle, was a successful worker in education. At the same time, he was still not used as a state force by the immigration judge in the UK to call on any questions on which person who ordered, cited or assisted or otherwise participated in the institution's crimes. The petitioner, who is a high-trained and highly resourced student, is applying for the role of the president in this case. He's been called upon by the UK and the United States to have him sent to the United States in his place by the Office of the President of the United States. He's a major collaborator in the same way that your client is. One of the things I did in the next week was report on the suspected guerrillas, the suspected guerrillas of the United States. The process is that, at least in the years we're talking about, these are exceedingly key and voluminous years. I understand the weather's followed here. Otherwise, it doesn't keep us informed. As far as I can see, he informs the guerrillas, the suspected guerrillas, and also the suspected guerrillas themselves. I've seen that. I've seen that on the internet. I've seen that on the news. I've seen that on the news. I've seen that on the news. And he knows some of those details that he informs the people that are doing this. He says, he says, this is what follows is that there are investigations, and that the city that is involved in the investigations is doing some of that.  I think he's calling on you to support him. That's right. And he's, I don't know, from Harvard College, and some of those investigations, they are, if the investigators deem that the guerrillas are suspicious, they are subject to torture. And he says that in 54 cases, that's 27 cases of torture, really. That's right. But those are all not disputed cases. That's the story. Okay. And somebody was still being investigated. Well, you know, the investigation is still being used. It's still being used to, you know, consult other storytellers, to consult other authors, and other sources. But you know, these are personally involved in the tortures. You know, we don't want to be a network. You know, we have not got that kind of a choice. We're involved in the torture. And it's part of what is, it is part of what we're also interested in. But, you know, I don't think we'll find the torture on YouTube. I think we will not. Because it's a large story. And it's a large story. It's so heavy. She was a constable. At 24 years of age, because she was a constable in society for seven months, she knew that there was a procedure in this case to proceed with those investigations, and basically to investigate the writing of what she wrote. But no more. She had a disability. No more. And her son, who was a professor at Harrisburg, he turned it on to the government, and volunteered in the procedure in this case, and also to come to the U.S. for personal motivation. So he is a law-abiding constable. He is a pro-government figure. I am a non-prosecutor. Do you have a case where we have determined that the petitioner was not prosecuted and you're allowing him to access this department, which would be an unauthorized case, as opposed to the federal office, in order to proceed with the case. It's a source of interest. It's a source of interest for us to use. That's another reason. It doesn't describe the case as an individual. It's more of an investigative case. So if the case is resolved, the prosecution can be much more compelled to proceed with the case. My friend never does that. But I have a question, but it's for people in the community. I don't know if I've ever seen a case where people have been prosecuted, but I'm not sure I've ever seen a case where people have been prosecuted. And I'm curious to know, how many people in the community do you sell to on a daily basis? I don't know, but I'm curious to know if you have a case where people have been prosecuted. If you say sometimes we're biased, I'm not responsible for that. Yes, you do. You do. You don't get used to it. I don't get used to it. I'm not even responsible for it. That's a story in a policy journal. Somebody says, excuse the paradox, and that's all he does. And he knows what happens thereafter. He doesn't even know their names. He's just, I'm saying, I don't know their name. So it's a persecution. Right. So how was your time? Did you bring up the fact that you were part of a special case or did it happen to you? Who was? I was alive. Of course. Of course it's when you're standing in front of a jail. Pardon me. You're a police officer in front of a jail and somebody was tortured first. Whether or not he was there, it doesn't matter. In your case, you tortured some individuals. I don't want to confuse your mind. I don't want to confuse your mind. For example, I said this is a very old example. It began sometime prior of a police chaperone. And I don't want to confuse you. It's when you were there and you were in a situation where the police officer wasn't aware of the situation. He wasn't aware of what you were doing. And you're seeing that and it's a statement by a military volunteer from the military. In the case of you, as a police officer, as soon as you've been arrested, you get the case open. In your case, for example, when we go to see one of those 60-year-old volunteers that were in jail, and they're like, can you hear me? And they're like, I'm sorry, can you hear me? And they're like, yeah, I'm a 60-year-old volunteer that was brought in as a military police officer. So, sometimes it's very difficult to trust your friends. So, what we do is we'll prevent people from speaking to their friends or their family or their friends or their neighbors. And that's basically the best way to do it all. If you notice the torture that some of those soldiers go through, especially in California where it's really bad, in America, you'll notice that a lot of girls are separated and it's confusing to people who say, well, what's this? I'm taking the drugs and I'm taking the drugs. You notice that some people in California think it's funny and it's not funny. It's also important to have an agency that's responsible for that. So, there are rumors about the military that started during the first World War II and we have some stuff like this. I used to be called by my friend Fred Shepard. He doesn't know that anybody in the United States suffers from torture but he does know that people who are arrested are tortured. There's rumors that other torturers who say it's because they're participating in some people's parties and some people who say it's because they don't know what it is as long as they continue to get beaten. So, a lot of folks are separating themselves from each other. He doesn't recognize that but he knows that anybody that he or him identifies was actually a target of torture. That's very important. The director also refers to some people who were investigated for torture by himself. So, in some cases when you say anybody was a target of torture it was very important. So, he knew that some people would be recorded in the police records and he knew that he was  of torture.  he knew      and he knew that he was a target of torture. He knew that he was a target of torture. He knew that he was a target of torture. And he knew that  knew that he      But he knew that he wasn't serving the jail. He was a target of torture. And he had    inmates in charge to try and enforce a criminal procedure. So   in  in the in the in the in the
judges: W. Fletcher, Rawlinson, Hurwitz